JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Alma Angelica Fierro, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Dollar Tree Stores, Inc., a Virginia Corporation; Maria Supervisor Doe, an individual; Does 1 to 100,<br><br>Defendants. | Case No. 2:23-cv-05231-JLS-SK<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT (Doc. 23)** |

The Court, having read and considered the parties' Stipulation to Remand, hereby ORDERS as follows:

1. This action is REMANDED to the Superior Court for the State of California, County of Los Angeles, Case No.: 22STCV32889. This Order shall be accorded full force and effect in the Superior Court of the State of California, County of Los Angeles, Case No.: 22STCV32889.

2. All pending dates in the Federal action are hereby vacated.

3. Plaintiff will not name any of Defendant's employees, including but not limited to Rick Martinez, as a defendant.

Dated: November 3, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE